**UNITED STATES DISTRICT COURT**

**District of Minnesota**

M. Corchado, S. Sidime, J. Gardiner, Jude Okafor, Sungyina Lao, H. Mohamed, Cristian Erchen, L. Farias, L.A. Ramirez, R. Martinez, Adan Perez Montoya, J. Diaz Vargas, J. Silva Roldan, Rangel P. Soto, R. Orta Castillo, Hector Vergara, O. Golindo Carrillo, J. Medina-Figueroa, Rudy Pineda Aguilar, Jose Peregrino Peralta, Miguel Torres Chavez, Ronald Ogembo, GJL Juarez, Wendkouni Zongo, S. Mohamad, Gomez-Galeana

Petitoner,

v.

Alejandro Mayorkas, Tae D. Johnson, Merrick Garland, esq, Marcos Charles, Amy Klobochar, Tina Smith, Ilhan Omar, Ron Klein, Chief Counsel, National Immigration Law Center

Respondent.

**JUDGMENT IN A CIVIL CASE**

Case Number: 21-cv-00644-PAM-HB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition for Writ of Habeas Corpus (Docket No. 1) is **DENIED**;

2. Petitioners' Application to Proceed in District Court without Prepaying Fees or Costs (Docket No. 2) is **DENIED as moot**; and

3. Petitioners' Motion to Withdraw (Docket No. 13) is **DENIED as moot**.

Date: 6/28/2021

KATE M. FOGARTY, CLERK